# MARC ELEFANT, P.C.
ATTORNEYS AT LAW
1931 MOTT AVENUE – SUITE 417
FAR ROCKAWAY, NY 11691
TEL: (718) 471-2220
FAX: (718) 989-9293

*Writer's direct: (908) 601-6550*

September 10, 2014

Hon. Lorna G. Schofield, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:  **Proposed Briefing Schedule**
                          Opinion Corp. v. Roca Labs, Inc.
                          Case No.: 14-cv-6396 (LGS)

Dear Judge Schofield:

This office represents the Defendant Roca Labs, Inc. in the above matter.  On September 9, 2014 Defendant filed a pre-Answer Motion to Dismiss pursuant to FRCP 12(b).   At this time the parties would propose the following briefing schedule:

September 9, 2014- Notice of Motion filed
September 29, 2014- Plaintiff to file Opposition papers
October 9, 2014- Defendant to file Reply papers, if any
October 15, 2014- Motion fully submitted

Thank you for your attention to this matter.  Should you wish to discuss this matter both sides will make themselves available at the Court's convenience.

                                          Respectfully submitted,

                                          /s/ Shawn J. Wallach

                                          Shawn J. Wallach

Cc:

<u>VIA ECF</u>
Goetz Fitzpatrick, LLP
One Penn Plaza
New York, NY 10119