# EXHIBIT 3

# Joel MacMull

| | |
|---|---|
| **From:** | Shawn Wallach <wallach.shawn@gmail.com> |
| **Sent:** | Wednesday, November 12, 2014 4:15 PM |
| **To:** | Joel MacMull |
| **Subject:** | Re: Draft- adjournment request |

Joel

I am not intimately familiar with the details of what you are referring to but I fail to see how it has any bearing on your lack of personal jurisdiction over my client in NY.

As such we will not be withdrawing our motion.

Regards

Shawn

Sent from my iPhone

On Nov 12, 2014, at 10:11 AM, Joel MacMull <jmacmull@goetzfitz.com> wrote:

> Shawn,
>
> I trust you're aware of your client's recent DMCA takedown request directed at PissedConsumer.
>
> Given those actions, please confirm by no later than 5 pm today whether or not you will be withdrawing your most recent motion to dismiss.
>
> Thanks.