```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
OPINION CORP.,                                                :
                                        Plaintiff,            :
                                                              :       14 Civ. 6396 (LGS)
            -against-                                         :
                                                              :           ORDER
ROCA LABS, INC., et al.,                                      :
                                        Defendants.           :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2014

LORNA G. SCHOFIELD, District Judge:

WHEREAS a conference was held before the Court on November 25, 2014.

It is hereby ORDERED that the Motion for Leave to Further Amend the Complaint is DENIED without prejudice.

It is further ORDERED that Defendants shall file their Reply in support of their Motion to Dismiss by December 1, 2014.

SO ORDERED.

Dated: November 25, 2014
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE