USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
OPINION CORP.,                                              :
                Plaintiff,        :
                                            :  14 Civ. 6396 (LGS)
        -against-                                  :
                                            :  **ORDER**
ROCA LABS, INC., et al.,                                    :
                Defendants.       :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby ORDERED that Plaintiff shall file a letter by January 23, 2015, informing the Court of the identity and domicile of each of the members of the Plaintiff's limited liability corporation. For any member that is itself a limited liability entity, Plaintiff shall disclose the type of entity that it is (e.g., L.L.C. or L.L.P.), the identity and domicile of each member of that entity. Plaintiff should repeat the process for any limited liability entity until disclosure has been made of the domicile of a natural person or corporation. For any corporation other than an L.L.C., Plaintiff may disclose only the place of incorporation and the principal place of business.

    SO ORDERED.

Dated: January 16, 2015
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**