UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald D. Coleman (RC 3875)
Joel G. MacMull (JM 8239)
Brian Farkas (BF 3418)
**GOETZ FITZPATRICK LLP**
One Penn Plaza – 31st Floor
New York, NY 10119
(212) 695-8100
rcoleman@goetzfitz.com
jmacmull@goetzfitz.com
bfarkas@goetzfitz.com

*Attorneys for Plaintiff Opinion Corp.*

| | |
|---|---|
| **OPINION CORP.,**  *Plaintiff*,  - *vs.* -  **ROCA LABS, INC.** and **ROCA LABS NUTRACEUTICALS USA, INC.**  *Defendants*. | CIVIL ACTION NO.  14-cv-6396 (LGS)  **NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Opinion Corp. hereby gives notice that its Fourth Cause of Action as alleged in the Amended Complaint (Dkt. No. 15) in above-captioned action is voluntarily dismissed, without prejudice against defendants.

Respectfully submitted,
GOETZ FITZPATRICK LLP

By: _____
    Joel G. MacMull (JM 8239)
Ronald D. Coleman (RC 3875)
Brian Farkas (BF 3418)
**GOETZ FITZPATRICK LLP**
One Penn Plaza – 31st Floor
New York, NY 10119
(212) 695-8100
rcoleman@goetzfitz.com
jmacmull@goetzfitz.com
bfarkas@goetzfitz.com

*Attorneys for Plaintiff Opinion Corp.*

Dated: January 26, 2015