IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OPINION CORP.,                         Case No: 8:15-cv-263-T-24TBM

      Plaintiff,
v.

ROCA LABS, INC. and ROCA LABS
NUTRACEUTICALS USA, INC.,

      Defendants.
_____/

## NOTICE OF APPEARANCE

**YOU ARE HEREBY NOTIFIED** that the undersigned attorney does hereby enter his appearance as an attorney of record for the Defendants, Roca Labs, Inc., Roca Labs, Nutraceuticals USA, Inc ("Roca Labs") in the above styled-cause, and you are hereby requested to furnish the undersigned with copies of all future pleadings, motions, orders, etc., in this cause should be served upon said counsel through CM/ECF and at the address listed below.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was e-filed with the Clerk of Court via CM/ECF system, which will send an electronic copy of the same to all counsel of record that are registered with the Court's CM/ECF system this 17th day of February 2015.

                                               /s/ James Roscoe Tanner
                                               James Roscoe Tanner, Esquire
                                               Florida Bar No.: 0637246
                                               AskALaw, LLC
                                               Post Office Box 260156
                                               Tampa, Florida 33685
                                               Telephone: (813) 322-3565
                                               Attorney for Defendants
                                               Email: jrt@jimtannerlaw.com