**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Opinion Corp.,

Plaintiff,

v.

Roca Labs, Inc. and Roca Labs Nutraceuticals USA, Inc.,

Defendants.

_____/

Case No: 8:15-cv-00263

**NOTICE OF VOLUNTARY DISMISSAL**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff Opinion Corp. hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants, Roca Labs, Inc. and Roca Labs Nutraceuticals USA, Inc.

DATED: this 9th day of March 2015.

Respectfully Submitted,

s/ *Marc Randazza*
MARC J. RANDAZZA
Florida Bar No.: 625566
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

RONALD D. COLEMAN
*Pro Hac Vice* Pending
GOETZ FITZPATRICK LLP
One Penn Plaza, Suite 3100

New York, New York 10119
Tele: 212-695-8100
Fax: 212-629-4013
Email: rcoleman@goetzfitz.com

*Attorneys for Plaintiffs*

CASE NO.: 8:15-cv-00263

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th of March 2015, I electronically filed and served the foregoing document with the Clerk of the Court using CM/ECF.

*T. Waan*
_____
An employee / agent of
RANDAZZA LEGAL GROUP

**RANDAZZA | LEGAL GROUP**