**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

OPINION CORP.,

    Plaintiff,

v.     Case No: 8:15-cv-263-T-24TBM

ROCA LABS, INC. and ROCA LABS
NUTRACEUTICALS USA, INC.,

    Defendants.

## ORDER

This cause comes before the Court upon Plaintiff Opinion Corp.'s Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i) (Dkt. 53). Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their respective costs and attorney's fees. **DONE AND ORDERED** at Tampa, Florida, this 11th day of March, 2015.

SUSAN C. BUCKLEW
United States District Judge

Copies To: Counsel of Record and Parties